UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAMONT BURGE,<br><br>Defendant. | **ORDER**<br><br>20 Cr. 451 (PKC) |

Upon the application of the United States, by and through Assistant United States Attorney Jacob R. Fiddelman, and with the consent of Lamont Burge, the defendant, by and through Jill Shellow, Esq., his counsel, it is hereby

ORDERED that the time between the date of this Order and _September 17 at noon_ is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interests of justice. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, because the continuance is designed to ensure the effective representation of counsel in the face of difficulties posed by the COVID-19 pandemic, to permit the parties to engage in discussions regarding a potential pretrial resolution of this matter, and to reflect the limited availability of jury trials in this District in light of the COVID-19 pandemic.

SO ORDERED.

Dated: New York, New York
       September 9, 2020

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE