UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                    20-cr-451 (PKC)

        -against-                                                  ORDER

LAMONT BURGE,

                                  Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        There will be a telephonic proceeding in this case on September 17, 2020 at 12 p.m.  The dial-in information is as follows:

        <u>Call-in number</u>:      1-888-363-4749

        <u>Access Code</u>:        3667981

        SO ORDERED.

                                                                     P. Kevin Castel
                                                         United States District Judge

Dated:  New York, New York
            September 10, 2020