

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 12, 2021

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Status conference is adjourned from February 18, 2021 to March 25, 2021 at 9:00 a.m.  The conference will proceed telephonically.  Dial-In No.:  1-888-363-4749, Access Code:  3667981.  Time is excluded under the speedy trial act until 3/25/21 for the reasons set forth in the government letter dated February 12, 2021.
> SO ORDERED.
> Dated:  2/12/2021
>
> _____
> P. Kevin Castel
> United States District Judge

Re:   *United States v. Lamont Burge*, 20 Cr. 451 (PKC)

Dear Judge Castel:

The Government writes on behalf of both parties to request a 30-day adjournment of the upcoming status conference in this case, currently scheduled for February 18, 2021.  The parties' discussions regarding a potential pretrial disposition of the case remain active and ongoing.  Defense counsel has informed the Government that more time is needed to continue the defense's investigation into the defendant's criminal history, which will impact any possible disposition.  Given the difficulties involved in pursuing those efforts during the COVID-19 pandemic, the parties respectfully request that the upcoming status conference be adjourned for 30 days.

The Government also requests the exclusion time in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7) from today's date until the adjourn date selected by the Court.  The Government submits that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial, because the continuance is designed to ensure the effective representation of counsel in the face of difficulties posed by the COVID-19 pandemic, to permit the parties to continue their ongoing discussions regarding a potential pretrial resolution of this matter, and to reflect the limited availability of jury trials in this District in light of the COVID-19 pandemic.  The defendant consents to the requested exclusion.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Jacob R. Fiddelman
Kedar S. Bhatia
Assistant United States Attorneys
(212) 637-1024 / 2465

cc:   Defense counsel (by ECF)