# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

March 23, 2021

**BY ECF ONLY**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Conference is adjourned from March 25 to May 4, 2021 at 12:00 p.m. Call-In: 1-888-363-4749; Access Code: 3667981. Time is excluded under the speedy trial act until 5/4/21 for the reasons set forth in Ms. Shellow's letter dated 3/23/2021. SO ORDERED.
> Dated: 3/23/2021
>
> P. Kevin Castel
> United States District Judge

RE: *United States v. Lamont Burge, 20-cr-451* (PKC)

Dear Judge Castel:

    I am writing with the consent of the Government to request that the March 25, 2021 conference in this matter be adjourned for approximately 30 days. I am working with the Government on the language for a plea agreement and this time is needed so that the forensic chemist that has been engaged can analyze the controlled substances statutes in North Carolina, where Mr. Burge was previously convicted. This expert analysis is necessary to determine whether Mr. Burge he is a career offender for Federal Sentencing Guideline purposes.

    Mr. Burge agrees to exclude the time until the adjourned date from the Speedy Trial calculations.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc: AUSA Jacob Fiddelman (by email)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC