# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

*Happy to grant the adjournment of sentencing from September 15 to 10/19/21 at 12 p.m.*

August 25, 2021

*However, next time please update the Court where the conflicting commitment — the Sept 8 trial — is resolved two days after the letter request.*

**BY ECF ONLY**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

RE:   *United States v. Lamont Burge, 20-cr-451* (PKC)

*SO ORDERED.*
*[signature], USDJ*
*9-1-21*

Dear Judge Castel:

I am writing to request respectfully that Lamont Burge's sentencing, presently scheduled for September 14, 2021, be adjourned for approximately 30 days.  At present it appears that I have a matter that is proceeding to trial on September 8, 2021 before the Honorable Denise L. Cote.  *See United States v. Careem Joseph*, 21-cr-37 (DLC).  I have conferred with Assistant United States Attorney Jacob R. Fiddelman, and the Government consents to this request.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow