# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

October 4, 2021

Application GRANTED.

SO ORDERED.
10/5/2021

*[signature]*
P. Kevin Castel
United States District Judge

**BY ECF ONLY**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  *United States v. Lamont Burge, 20-cr-451* **(PKC)**

Dear Judge Castel:

    I am writing with the consent of the Government to request an additional two days to file the sentencing submission on behalf of Lamont Burge. The sentencing submission is due today. I am traveling and thought I had scanned all the needed papers from my file before I left. Apparently, I missed a couple of letters to Your Honor. I return late tomorrow evening, and I am requesting an extension of time until Wednesday to file the sentencing submission.

    Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jill R. Shellow

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC