# LAW OFFICES OF JILL R. SHELLOW

_____

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY  10706

October 6, 2021

**BY ECF ONLY**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

> Presentence investigation requested today. Sentencing is adjourned to December 15, 2021 at 12:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated:  10/7/2021
>
> _____
> P. Kevin Castel
> United States District Judge

**RE:**   *United States v. Lamont Burge, 20-cr-451* **(PKC)**

Dear Judge Castel:

The parties write jointly to advise Your Honor that inadvertently the pre-sentence investigation in this matter has not yet happened.  Accordingly, we respectfully request an Order that an expedited investigation be conducted.  We also respectfully request that Lamont Burge's sentencing, presently scheduled for October 19, 2021, be adjourned to give the Probation Department time to contact the Government for information about the offense conduct, interview Mr. Burge, and prepare the expedited presentence report.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   AUSA Jacob R. Fiddelman