# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

Probation may release the E.D. Va. PSR if it is in its possession.

SO ORDERED.
Dated: New York, New York
11/12/2021

November 12, 2021

_P. Kevin Castel_
P. Kevin Castel
United States District Judge

**BY ECF AND EMAIL**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
CastelNYSDChambers@nysd.uscourts.gov

    **RE:**   *United States v. Lamont Burge, 20-cr-451* **(PKC)**

Dear Judge Castel:

    On Wednesday, November 10, 2021, I received the draft PSR, and this morning I was able to discuss the report with my client. In describing Mr. Burge's criminal history and family background, the draft PSR relies heavily on a PSR that was prepared by the Probation Department in the Eastern District of Virginia. The SDNY Probation Department advises me that I need Your Honor's authorization before I can be provided with any old PSRs. Accordingly, I am respectfully requesting that Your Honor authorize the SDNY Probation Department to release to me all prior PSRs prepared for Lamont Burge a/k/a Lamont Jones that are currently available to the SDNY Probation Department.

    Thank you for your consideration.

                                    Respectfully submitted,

                                    Jill R. Shellow